UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gary R. Somers,

          Plaintiff,

v.

Hartford Life and Accident Insurance Company,

          Defendants.

File No. 10-CV-3272 (PAM/SRN)

**ORDER FOR DISMISSAL WITH PREJUDICE**

WHEREAS, the above-entitled matter having been fully resolved, pursuant to the Stipulation for Dismissal with Prejudice [Doc. No. 5] executed by counsel, **IT IS ORDERED** that the above-captioned proceeding is hereby **DISMISSED WITH PREJUDICE** and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: October 6, 2010

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge